UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JEFORY MASHBURN, On Behalf of  )
Minor CM, JOSEPH CORNELISON,   )
On Behalf of Minor RC,         )
DARCY TUTTORO, On Behalf of    )
Minor JT, NATHANAEL WILLIAMS,  )
AMY HINMON, BRENDA NYHART On   )
Behalf of Minor JL, All        )
individually and on behalf of  )
a class of all others          )
similarly situated,            )
                               )
           Plaintiffs,         )
                               )    No.  CV-08-718-HU
     v.                        )
                               )
YAMHILL COUNTY, TIM LOEWEN,    )    OPINION AND ORDER
both individually and in his   )
official capacity as Director, )
CHUCK VESPER, both             )
individually and in his        )
official capacity as Division  )
Manager,                       )
                               )
           Defendants.         )
_____)

Leonard R. Berman
LAW OFFICE OF LEONARD R. BERMAN
4711 SW Huber St.
Suite E-3
Portland, Oregon 97219
     Attorney for Plaintiffs

Steven A. Kraemer
HOFFMAN HART & WAGNER, LLP.

ORDER Page 1

1000 SW Broadway
20th Floor
Portland, Oregon 97205
    Attorney for Defendants

MOSMAN, District Judge:

    This is an action under 42 U.S.C. § 1983, challenging a strip search policy of the Yamhill County Juvenile Detention Center (YCJDC). The named plaintiffs seek to represent a class of similarly situated individuals. Defendants are Yamhill County, Yamhill County Director Tim Loewen, and Yamhill County Division Manager Chuck Vesper.

    The parties have filed a stipulated motion for dismissal with prejudice, without costs or attorney's fees, of plaintiffs' claims for punitive damages and declaratory and injunctive relief, and of defendants Tim Loewen and Chuck Vesper. (Doc. # 106). The motion is granted.

    Defendants Loewen and Vesper are dismissed with prejudice. Plaintiffs' claims for punitive damages and for declaratory and injunctive relief are dismissed with prejudice. Attorney's fees and costs are not awarded to either side.

    IT IS SO ORDERED.

    DATED this __6th____ day of _July_, 2010.

                               /s/ Michael Mosman

                               Michael Mosman
                           United States District Judge