IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JEFORY MASHBURN, et al,

    Plaintiff,

v.

YAMHILL COUNTY, ET AL,

    Defendants.

Civil No. 08-718-HU

ORDER

Based on the stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1. All claims for punitive damages against defendants Yamhill County and Tim Loewen are subject to dismissal;

2. Defendant Loewen is not a defendant as to proposed Classes 1, 2, 3 and 4;

3. All claims against defendant Paasch which arose prior to February of 2010 when he became the Division Manager are subject to dismissal, and

4. There is no "Class 6" and any inadvertent reference to "Class 6" should be stricken.

DATED this  9th   day of November, 2011.

                                      /s/ Michael W. Mosman

                                      Michael W. Mosman
                                      United States District Judge